# United States District Court
# District of Wyoming

## Petition for Warrant or Summons for Offender Under Supervision

FILED
U.S. DISTRICT COURT
DISTRICT

2024 JUL -3 AM 10: 37

MARGARET BOTKINS, CLERK
CASPER

| | | |
|---|---|---|
| Name of Offender: | Gregory Scott Gage, Jr. | Case No.:  22-CR-110-SWS |
| Sentencing Judicial Officer: | Honorable Scott W. Skavdahl | |
| Date of Original Sentence: | May 2, 2023 | |
| Original Offense: | Access with Intent to View Child Pornography | |
| Original Sentence: | Time Served / 10 years supervised release | |
| Type of Supervision: | Supervised Release | |
| Date Supervision Commenced: | May 2, 2023 | |
| Assistant U.S. Attorney: | Christyne M. Martens | |
| Defense Attorney: | Laura G. Heinrich | |

## Petitioning the Court

☒  To issue a warrant

☐  To issue a summons

☐  To sign and have file an amended petition

The probation officer believes the offender has violated the following conditions of supervision:

(See attached)

U.S. Probation Officer Recommendation:

☒  The term of supervision should be revoked.

☐  The term of supervision should be extended.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____          6/25/2024
Josh Oster, Senior U.S. Probation Officer          Date

Approved by: _____
Angie Miller, Supervisory U.S. Probation Officer

---

**THE COURT ORDERS:**

☐  No action

☒  The issuance of a warrant

☐  The issuance of a summons

☐  Other

**THE COURT FURTHER ORDERS:**

☐  Counsel to file Notice of Intent to contest the results of urinalysis testing within two days of the Initial Appearance on this Petition.

_____          7/3/24
Scott W. Skavdahl, Chief U.S. District Judge          Date

1) **Violation of Special Condition:   The defendant shall refrain from any use or possession of alcohol and/ or other intoxicants including over the counter medications used contrary to the recommended dosage, or the intentional inhalation of any substance, prescribed or otherwise, without the permission of the U.S. Probation Officer. Additionally, the defendant shall not enter establishments whose primary income is derived from the sale of alcohol.**

a) The defendant consumed alcohol on October 20, 2023, and October 31, 2023, as evidenced by his verbal admission on November 1, 2023, and written admission on November 3, 2023.

b) The defendant consumed alcohol on November 13, 2023, as evidenced by a portable breath test (PBT) administered on that date. The PBT registered a .055% alcohol level. The defendant handed over a bottle of Yellowstone Select Bourbon Whiskey

c) On January 3, 2024, the defendant consumed alcohol as evidenced by the positive alcohol test and his verbal admission on that date. He provided a PBT which registered a .040% alcohol level. The defendant handed over a 750 ml bottle of Wild Turkey Whiskey that had about one inch of whiskey left in the bottle. There were additional empty bottles found in his bedroom. In total there was six empty 750 ml bottles of alcohol located in his bedroom.

d) On March 11, 2024, the defendant consumed alcohol as evidenced by a positive alcohol test and his verbal admission on that date. He provided a PBT which registered a .188% alcohol level.

e) The defendant consumed alcohol on May 4, 2024, and May 5, 2024, as evidenced by his verbal and written admission on May 9, 2024.

f) On May 18, 2024, the defendant was found in possession alcohol, specifically a half empty bottle of Wild Turkey. He verbally admitted he consumed alcohol the night before.

2) **Violation of Special Condition:   The defendant may use a personal computer(s) or personal Internet capable devices(s); however, he/she must limit that use and/ or possession to personal computers or personal Internet capable devices that are capable of being monitored by the U.S. Probation Officer and have monitoring software installed and approved by the U.S. Probation Officer. Any computer or Internet capable device must be able to be effectively monitored by and comply with the requirements of monitoring software utilized by the Probation Office. In order to allow for effective monitoring, the defendant may be limited to possessing a total of only two computer(s) or personal Internet capable devices(s). For the purposes of this condition, the term computer is defined at 18 U.S.C. § 1030(3), which includes, but is not limited to, traditional computers (Windows/Apple/Linux based machines), cellular phones, internet tablets, and game machines and related accessories. The defendant must disclose any username or identification(s) and passwords(s) for all wireless routers, computers, or Internet capable devices to the probation officer.**

a) On November 13, 2023, the defendant was found in possession of an unauthorized and unmonitored LG V30 Smartphone. He admitted he began using the device in early May 2023 to access the Internet. He explained he did not activate service on the phone and only operated the phone on a Wi-Fi connection.

3) **Violation of Special Condition:   The defendant shall not possess, send, or receive, any material constituting or containing child pornography as defined in 18 U.S.C. §2256(8), or any material constituting or containing the obscene visual representation of the sexual abuse of children as defined in 18 U.S.C. § 1466A. The defendant shall not visit bulletin boards, chat rooms, or other internet sites where any material referenced above is discussed.**

a)  On November 13, 2023, the defendant admitted he utilized the LG V30 smartphone referenced above to view images of nude girls between the ages of 5 and 13 years old.  A forensic analysis of the device revealed over 100 images depicting child pornography.

### Preliminary Advisory Revocation Guideline Calculation

The defendant was originally convicted of a Class C Felony, thus the maximum sentence allowed is 2 years.  The most serious conduct alleged as a violation of supervision is considered a Grade B violation.  The defendant's criminal history category is I, thus the advisory range for revocation is 4 to 10 months. However, if 18 U.S.C. 3583(k) is applicable, the defendant could face a minimum 5 years of imprisonment.

# UNITED STATES PROBATION OFFICE
## DISTRICT OF WYOMING

### Admission of Alcohol Use

I, _Gregory  Scott  Gage_, HEREBY ADMIT THAT I HAVE USED ALCOHOL ON THE DATE(S) INDICATED BELOW AND, THEREFORE, HAVE VIOLATED THE TERMS OF MY PAROLE SUPERVISION:

_10-31-23_
DATE

_____
DATE

_10-20-23_
DATE

_____
DATE

_____
DATE

_____
DATE

THIS ADMISSION OF ALCOHOL USE IS MADE VOLUNTARILY AND WITHOUT THREAT OR PROMISE, AND I UNDERSTAND THAT IT CAN BE USED AGAINST ME IN A COURT OF LAW OR U. S. PAROLE COMMISSION PROCEEDINGS.

SIGN:_____

DATE:_11-3-23_

_____
WITNESS

09/03/2004

# UNITED STATES PROBATION OFFICE
## DISTRICT OF WYOMING

### Admission of Alcohol Use

I, _M Scott Page_ , HEREBY ADMIT THAT I HAVE USED ALCOHOL ON THE DATE(S) INDICATED BELOW AND, THEREFORE, HAVE VIOLATED THE TERMS OF MY SUPERVISION:

_5-4-24_
DATE

_____
DATE

_5-5-24_
DATE

_____
DATE

_____
DATE

_____
DATE

THIS ADMISSION OF ALCOHOL USE IS MADE VOLUNTARILY AND WITHOUT THREAT OR PROMISE, AND I UNDERSTAND THAT IT CAN BE USED AGAINST ME IN A COURT OF LAW OR U. S. PAROLE COMMISSION PROCEEDINGS.

SIGN: _M Scott Page_

DATE: _5-9-24_

_____
WITNESS

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    2:22-cr-00110-SWS |
| GREGORY SCOTT GAGE, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GREGORY SCOTT GAGE, JR.                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint

❏ Probation Violation Petition      ☑ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date:    07/03/2024                                           *Elayna Thorsell* for
                                                                    *Issuing officer's signature*

City and state:    Casper, WY                              Margaret Botkins, Clerk of Court
                                                                    *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____